JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

APR 2 2 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE EVARISTO FLORES,<br><br>       Petitioner,<br><br>vs.<br><br>LARRY SMALL (Warden),<br><br>       Respondent. | Case No. CV 09-7268-DSF (RNB)<br><br>**J U D G M E N T** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

4/19/10

DATED: _____

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 2 2 2010

CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

_Dale S. Fischer_
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE